# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

JOAN L. HABIB,

      Plaintiff,

vs.                                    CASE NO. 8:09-CIV-82-T-17-AEP

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause is before the Court on the report and recommendation (R&R) issued by

Magistrate Judge Anthony E. Porcelli on February 23, 2010 (Docket No. 19). The magistrate

judge recommended that the Court reverse the decision of the Commissioner denying the

plaintiff's claims for a period of disability, Disability Insurance Benefits, and Supplemental

Security Income and the remand the matter for further consideration.

Pursuant to Rule 6.02, Rules of the United States District Court for the Middle District

of Florida, the parties had fourteen (14) days after service to file written objections to the

proposed findings and recommendations, or be barred from attacking the factual findings on

appeal. **Nettles v. Wainwright**, 677 F.2d 404 (5th Cir. 1982) (en banc). No timely

objections to the report and recommendation were filed.

## STANDARD OF REVIEW

When a party makes a timely and specific objection to a finding of fact in the report and recommendation, the district court should make a de novo review of the record with respect to that factual issue. 28 U.S.C. § 636(b)(1); **U.S. v. Raddatz**, 447 U.S. 667 (1980); **Jeffrey S. v. State Board of Education of State of Georgia**, 896 f.2d 507 (11th Cir. 1990). However, when no timely and specific objections are filed, case law indicates that the court should review the findings using a clearly erroneous standard. **Gropp v. United Airlines, Inc.,** 817 F.Supp. 1558, 1562 (M.D. Fla. 1993).

The Court has reviewed the report and recommendation and made an independent review of the record. Upon due consideration, the Court concurs with the report and recommendation. Accordingly, it is

**ORDERED** that the report and recommendation, February 23, 2010 (Docket No. 19) be **adopted** and **incorporated by reference**; the Court **reverses** the decision of the Commissioner denying the plaintiff's claims for a period of disability, Disability Insurance Benefits, and Supplemental Security Income. The Clerk of Court is directed to remand the case for further administrative action consistent with the report and recommendation, to enter judgment for the plaintiff, and to close this case.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 10th  day of March, 2010.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record
Assigned Magistrate Judge